Dismissed and Memorandum Opinion filed July 17, 2003









Dismissed and Memorandum Opinion filed July 17, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00425-CV

____________

 

DONALD
F. HOBBS, Appellant

 

V.

 

TDCJ-ID,
ET AL., Appellees

 



 

On Appeal from the 12th District Court

Walker
County, Texas

Trial
Court Cause No.  21,380

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 14, 2003.

On July 8, 2003, appellant filed a motion to dismiss because
appellant no longer desires to prosecute his appeal.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed July 17, 2003.

Panel consists of Justices Anderson,
Seymore, and Guzman.